# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WARREN TOOLEY, and <br> BRANDY COOK, <br><br> Plaintiffs, <br><br> vs. <br><br> QUICKWAY TRANSPORTATION, <br> INC., QUICKWAY LOGISTICS, INC., <br> and PALADIN CAPITAL, INC. <br><br> Defendants. | Case No. 3:21-cv-00081 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Barbara D. Holmes |

**PLAINTIFFS' UNOPPOSED MOTION FOR
(1) PRELIMINARILY APPROVING THE PARTIES' SETTLEMENT AGREEMENT;
(2) PRELIMINARILY CERTIFYING A CLASS FOR SETTLEMENT PURPOSES;
(3) APPROVING THE FORM AND MANNER OF NOTICE TO THE CLASS;
(4) APPROVING CLASS COUNSEL; (5) APPROVING CLASS ADMINISTRATOR;
(6) APPROVING NAMED PLAINTIFFS AS CLASS REPRESENTATIVES;
(7) SCHEDULING A FINAL FAIRNESS HEARING FOR THE FINAL
CONSIDERATION AND APPROVAL OF THE PARTIES' SETTLEMENT; AND (8)
FINALLY APPROVING THE SETTLEMENT**

Plaintiffs Warren Tooley and Brandy Cook ("Named Plaintiffs") by and through counsel, submit this Unopposed Motion for an Order (1) Preliminarily approving the Parties' Settlement Agreement between Plaintiffs and the Class of similarly situated former employees they represent (the "Class") and the Defendants; (2) Preliminarily certifying the proposed Settlement Class for purposes of settlement; (3) Approving the Form and Manner of Notice to the Class; (4) Approving Branstetter, Stranch & Jennings, PLLC ("BSJ") as Class Counsel, (5) Approving CAC Services Group, LLC as Class Administrator, (6) Approving the Named Plaintiffs as Class Representatives, (7) Scheduling a Final Fairness Hearing for the final consideration and approval of the Parties' Settlement; and (8) Finally Approving the Settlement.

In support of the Motion, Plaintiff relies on the accompanying Memorandum of Law. Defendants do not oppose this Motion.

Dated: October 15, 2021  Respectfully submitted,

By: /s/ *J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR #023045)
Janna Maples (BPR #32612)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: 615-254-8801
Facsimile: 615-255-5419
gerards@bsjfirm.com
jannam@bsjfirm.com

Samuel Strauss, *pro hac vice*
**Turke & Strauss, LLP**
613 Williamson Street, Suite 201
Madison, WI 53703
Tel: 608-237-1775
Sam@turkestrauss.com

*Attorneys for Plaintiffs and Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, a copy of the foregoing document was served by way of the Court's Electronic Filing (CM/ECF) system to all parties indicated as follows:

R. Eddie Wayland (No. 6045)
Hunter K. Yoches (No. 36267)
Seth R. Granda (No. 35753)
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 Telephone
(888) 688-0482 Facsimile
rew@kingballow.com
hyoches@kingballow.com
sgranda@kingballow.com

*Attorneys for Defendant*

                                          /s/ *J. Gerard Stranch, IV*
                                          J. Gerard Stranch, IV