UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WARREN TOOLEY, and<br>BRANDY COOK,<br><br>    Plaintiffs,<br><br>vs.<br><br>QUICKWAY TRANSPORTATION,<br>INC., QUICKWAY LOGISTICS, INC.,<br>and PALADIN CAPITAL, INC.<br><br>    Defendants. | Case No. 3:21-cv-00081<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Barbara D. Holmes |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

Consistent with Rule 23, Plaintiffs, individually and on behalf of the proposed Settlement Class, hereby submit this Motion for Final Approval of the Class Action Settlement. Plaintiffs request an order (1) granting final approval of the Class Action Settlement Agreement and Release ("Settlement Agreement"), (2) certifying the Settlement Class, (3) finding the Notice Plan satisfied Fed. R. Civ. P. 23 and the Due Process rights of the Settlement Class; and (4) dismissing with prejudice the Claims of the Settlement Class pursuant to the terms of the Settlement agreement.

On October 28, 2021, the Court entered its Order Granting Preliminary Approval of Class Action Settlement, Certifying the Settlement Class, and approving the form and content of the Notice. (D.E. #67) ("Preliminary Approval Order"). As explained in greater detail in the accompanying Memorandum in Support, all requirements set forth by the Court in its Preliminary Approval Order have been satisfied. In support of this Motion, the Plaintiffs rely upon the following:

1. Memorandum of Law in support hereof filed contemporaneously herewith;

2. Declaration of J. Gerard Stranch, IV in Support of Plaintiffs' Motion for Final Approval of the Class Action Settlement, filed contemporaneously herewith;

3. All documents submitted in support of the previously filed Motion for Preliminary Approval (D.E. # 67); and

4. All documents submitted in support of the Motion for Award of Attorneys' Fees, Costs and Service Awards filed contemporaneously herewith.

Accordingly, Plaintiffs respectfully request an order: (1) granting final approval of the Settlement; (2) certifying the Settlement Class; (3) finding the Notice Plan satisfied the Due Process rights of the Settlement Class; and (4) dismissing the Action with prejudice. A proposed order is attached hereto for the Court's convenience.

Dated: January 4, 2022

Respectfully submitted,

By: /s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (BPR #023045)
Janna Maples (BPR #32612)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: 615-254-8801
Facsimile: 615-255-5419
gerards@bsjfirm.com
jannam@bsjfirm.com

Samuel Strauss, *pro hac vice*
Turke & Strauss, LLP
613 Williamson Street, Suite 201
Madison, WI 53703
Tel: 608-237-1775
Sam@turkestrauss.com

*Attorneys for Plaintiffs and Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, a copy of the foregoing document was served by way of the Court's Electronic Filing (CM/ECF) system to all parties indicated as follows:

R. Eddie Wayland (No. 6045)
Hunter K. Yoches (No. 36267)
Seth R. Granda (No. 35753)
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 Telephone
(888) 688-0482 Facsimile
rew@kingballow.com
hyoches@kingballow.com
sgranda@kingballow.com

*Attorneys for Defendant*

                                              /s/ *J. Gerard Stranch, IV*
                                              J. Gerard Stranch, IV